Thomas W. McCay
12811 Summerwood Lakes Court
Houston, Texas 77044
Telephone: 832.250.0456
Facsimile: 281.225.7271
Email: tmccayrotc@entouch.net

Plaintiff *Pro se* Individually and as
the Representative of the Estate of
Kathleen E. McCay, and as Permanent
Guardian for Plaintiff Matthew J. McCay

Thomas M. McCay
[3235 Riverlodge Tr., #212
Fort Worth, TX 76116
Phone: 574-206-3954
Email: T_mccay@yahoo.com]

Plaintiff *Pro se*

Christopher Todd McCay
[4211 Prickly Pear Dr.
Austin, TX 78731
Phone: 512-835-1186
Email: Todd.Mccay@freescale.com]

Plaintiff *Pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates to:<br><br>*Thomas M. McCay, et. al. v. Pfizer Inc.*<br>(Case No. 06-3185 CRB) | STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS WITH PREJUDICE |

Come now all remaining Plaintiffs in this action, and Defendants, by and through the

EAST\42566151.1
-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Case No. MDL NO. 1699

1  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
2  stipulate to the dismissal of this action with prejudice, with each side bearing its own attorneys
3  fees and costs.
4
5
6  DATED: 9/23, 2009          By: /s/ Thomas W. McCay
7
                                  Thomas W. McCay
8                                 12811 Summerwood Lakes Court
                                  Houston, Texas 77044
9                                 Telephone: 832.250.0456
                                  Facsimile: 281.225.7271
10                                Email: tmccayrotc@entouch.net

11                                Plaintiff *Pro se* Individually and as
                                  the Representative of the Estate of
12                                Kathleen E. McCay, and as Permanent
                                  Guardian for Plaintiff Matthew J. McCay
13

14
    DATED: 23 Sep, 2009        By: /s/ Th. Cay
15
                                  Thomas M. McCay
16                                [3235 Riverlodge Tr., #212
    Fort Worth, TX 76116
17  Phone: 574-206-3954
    Email: T_mccay@yahoo.com]
18

19

20                                Plaintiff *Pro se*
21
    DATED: September 23, 2009  By: /s/ Christ. Todd McCay
22
23                                Christopher Todd McCay
                                  [[4211 Prickly Pear Dr.
24  Austin, TX 78731
    Phone: 512-835-1186
25  Email: Todd.Mccay@freescale.com]

26                                Plaintiff *Pro se*
27

28
    EAST\42566151.1              -2-
                  STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
                                                      Case No. MDL NO.

DATED: Oct. 12, 2009          By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: 10/16/, 2009          _____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

EAST\42566151.1                    -3-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699